IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICKY RONNELL EWING** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:16cv90-HSO-JCG |
| | § | |
| **DENSTINY RICHIE,** *Nurse, et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff Ricky Ronnell Ewing's Objections [26] to the Report and Recommendation [22] of United States Magistrate Judge John C. Gargiulo recommending that Defendant Denstiny Richie's Motion [18] to Dismiss for Failure to Exhaust Administrative Remedies be granted. The Court, after a full review and consideration of Plaintiff's Objections [26], the Magistrate Judge's Report and Recommendation [22], Defendant Richie's Motion [18] to Dismiss, the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith, and its previous Order of Partial Dismissal [11],

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE